IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ORLANDO MARCELL McDONALD                                                PLAINTIFF

v.                              CASE NO. 2:20-CV-2098

DEPUTY TREVOR MASSEY;
SERGEANT KIM TAULBEE; AND
NURSE COLLEEN MONTGOMERY                                                DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this May 14, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE